STATE OF LOUISIANA

VERSUS

CHRISTOPHER V. NICOLAIS

NO. 24-K-599

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

December 16, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** CHRISTOPHER V. NICOLAIS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JUNE B. DARENSBURG, DIVISION "C", NUMBER 23-1545, 23-2968, 24-1064

Panel composed of Judges Stephen J. Windhorst,
John J. Molaison, Jr., and Timothy S. Marcel

**WRIT DENIED**

The relator, Christopher Nicolais, filed the instant pleading which is styled as the "re-urging" of his prior writ application, 24-K-295, that sought various forms of mandamus relief. We denied that application, and the Louisiana Supreme Court also denied writs. *State v. Nicolais,* 24-295 (La. App. 5. Cir. 07/15/25) (unpublished disposition), *writ denied*, *State v. Nicolais*, 24-999 (La. 10/15/24), 394 So.3d 822. Reconsideration of a writ application that has been denied is not permitted under Uniform Rules, Courts of Appeal, Rule 2-18.7. In addition, any motion for reconsideration of 24-K-295, even if permissible, is untimely in this case under Uniform Rules, Courts of Appeal, Rule 2-18.2.

With regard to any other allegations raised in the instant application, we note that the relator provides no ruling or record for our review, and no evidence that any of his claims have first been filed at the district court, as required by Uniform Rules – Courts of Appeal, Rule 1-3.

For these reasons, and on the showing made, the relator's writ application is denied.

Gretna, Louisiana, this 16th day of December, 2024.

**JJM**
**SJW**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **12/16/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-599**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable June B. Darensburg (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Christopher V. Nicolais #1002231115
(Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054